1
2
3
4
5
6
7
8                       **UNITED STATES DISTRICT COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12    HECTOR CAMACHO,                 )      No. CV 10-9360-R(CW)
                                       )
13                  Petitioner,        )      JUDGMENT
                                       )
14            v.                       )
                                       )
15    TERRY GONZALES (Warden),         )
                                       )
16                  Respondent.        )
      _____)

17

18          **IT IS ADJUDGED** that the petition is dismissed, without prejudice,

19    for lack of jurisdiction.

20

21    DATED:  JAN. 7, 2011

22

23                                            _____
                                              MANUEL L. REAL
24                                            United States District Judge

25

26

27

28